IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SKYLER MULFORD, | § | |
| | § | No. 521, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID 1201020567 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 2, 2014
Decided: December 4, 2014

## **O R D E R**

This 4th day of December 2014, it appears to the Court that, on November 17, 2014, the Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for appellant's failure to diligently prosecute the appeal by not filing the opening brief and appendix in this matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Randy J. Holland*
Justice